**Exhibit A to the Complaint**

**Location:** Philadelphia, PA  **IP Address:** 100.19.24.236
**Total Works Infringed:** 31  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 5C9D075CE2E82ABF86AD93F8C2BAD8F3F31416B9<br>File Hash: 12B63C03986585E66F366B94BF78B3EFB37104EF78E6543F97EC1F35C586A1AD | 09-10-2021 14:24:08 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 2 | Info Hash: 90C1E568E46A9C702F08741491C0D83BD9DD0EC6<br>File Hash: 71B5CA2BE906122090168ED5474897BFE2E7A6DE27F38F921D05921FAF72D031 | 09-06-2021 20:36:22 | Vixen | 09-21-2019 | 10-01-2019 | PA0002217349 |
| 3 | Info Hash: 978BB5B4FE80AC5DE5D635DDA303EDB8714F6725<br>File Hash: B34305CD560E6A892807F09FBC9BF46107CF8C85787B9A16B0C805684A0B706D | 08-31-2021 11:54:48 | Blacked | 08-28-2021 | 09-21-2021 | PA0002312681 |
| 4 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 08-30-2021 15:08:40 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 5 | Info Hash: E185A2C10378439CE69B0F3AB675F509330A4E3B<br>File Hash: 84DDAB7CE514D58FF636060BBBB0EACA9075F2B9864C4715CE27A4C7B32C426E | 08-25-2021 14:50:00 | Blacked | 05-05-2019 | 07-05-2019 | PA0002206372 |
| 6 | Info Hash: 909949CBB43B6BEE211F945C514BD8EE54709F35<br>File Hash: 4D971A6A09008412F501CDD7D9B9B1F437803738210446CA132F76912D116AC5 | 08-25-2021 14:49:53 | Blacked Raw | 07-31-2018 | 09-05-2018 | PA0002134603 |
| 7 | Info Hash: 5AF8BDB7BB936BEB5C251399D8B1C5BC9E64235C<br>File Hash: F307B51605F9F545AA17537F8AA95577C275804D38C1A037578DCCAA567EB268 | 08-24-2021 14:36:38 | Blacked Raw | 08-23-2021 | 09-21-2021 | PA0002312669 |
| 8 | Info Hash: 5029C453454EB441DBCE3309353F8A37540142FC<br>File Hash: D294A9AD2AA3888AE44DB63505DB1284E5D1E2E9D756CB3346D93BF7C2C9F9D6 | 08-17-2021 11:23:54 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: CB54A80CA46C7E15031F95C90A4E207C1759D031<br>File Hash: E6DA8AEE619E2D4D08AAF5BFED4CE6336AA4A9F8283D933CC4AD47480D0B16A9 | 08-12-2021 14:27:16 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 10 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 08-08-2021 11:55:28 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 11 | Info Hash: 5CE4C6692AD15F515DF3FAB30155F5D949705690<br>File Hash: 6F140C2C7C78CEE0121DB05D1A4902A2257BB25DB37777F99ECEE5BFB7E82C6E | 08-02-2021 12:34:39 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 12 | Info Hash: 7C0532F2B77A12F36AF10091D6D41B1ECE334A54<br>File Hash: E8A6D2271366D4F6D1C8D94B700175AE3A2915F891D3C20A077FD4E08C9848A7 | 07-25-2021 19:45:37 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 13 | Info Hash: 79E66DEABCED39AD80325B25ADDDF8ED61A9BC06<br>File Hash: D91F8E455FD710278722F46989F0A4AEC79408E1AE7A5EC9215B8F4A1D2148A1 | 07-25-2021 11:58:26 | Blacked | 12-11-2018 | 01-22-2019 | PA0002147907 |
| 14 | Info Hash: C61BB789C30BF313B91D2864B7501665F6F47A11<br>File Hash: 90BD560A62A34615428E50A663414312CE95462B413860FC300BA866F227C5EB | 07-11-2021 14:25:58 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 15 | Info Hash: CA39EB7944D98D9030D8B9B0F08C633D563D2FA1<br>File Hash: 164DDD23185117C3649FBE34C0C60538E8098164D97036EE2F29F041B9D88D07 | 04-05-2021 19:01:35 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 16 | Info Hash: D90661C4EAF703AD571420CB0E7B68DA96A83C8F<br>File Hash: EC6D90A123469F683033BF6383B5F9752EA070551E408220A225B6352EE6E9B6 | 02-04-2021 19:21:51 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 17 | Info Hash: CFD3CF90EF5E79390A1335ECF365EDEB3D00ABE1<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 01-18-2021 13:27:16 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E713D89DBB841FCA06E2ED2D573238E1605C5258<br>File Hash: 05FE1DF9D606E6B61D5A4AF8A0BB8D7D39D61BAFDCFCE9D66898F73197D0834B | 01-18-2021 13:26:41 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 19 | Info Hash: B643509B744AA2BC78C6F6E7A5FEADA925EDFE45<br>File Hash: 77C04498ACC41BAA6DABF502F24144C4CD348922B0FCCE808CE8653AF4BC09B5 | 01-16-2021 16:26:54 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 20 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 12-22-2020 12:53:21 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 21 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 12-01-2020 15:58:54 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 22 | Info Hash: ECEC874C21239A30F35D90C14D825619A4E8486A<br>File Hash: 3BF2821EC208F96DCFAB5AEC6A0A782BA4D4E7896DA939247644E14885C28509 | 11-18-2020 02:33:50 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 23 | Info Hash: 86D2C5A64EB06C938836EAF1A0CB13D91EC03BD2<br>File Hash: 39FC80136E98F2FA68D8EB805C8965484543E2418D105E26808F43407A1826C8 | 11-17-2020 19:45:36 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 24 | Info Hash: 966AF5D11568D7D5896168F66E882245BA8A5F07<br>File Hash: 13ABD2A124FF486B57001E7FB865A719FBB18B92F74EF38F6CD5ECA9744EBBE2 | 10-10-2020 21:59:11 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 25 | Info Hash: 209ECA912E21D3F0F678DB0C7D815EE832F304B2<br>File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-10-2020 20:18:38 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 26 | Info Hash: 21145D933526DDF53F5C53FA97B8A06291AFD97E<br>File Hash: 743F0514EE583C16D839D66F135C80AD6B68A59E4C572E24310AF5362B24EE1C | 10-10-2020 20:15:59 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 28D3A9EC7C6D3A6CA0C764EF6A4C9B3E0430CB8E<br>File Hash: 1417D1E60436334A79D2822C80AED298E3266BFDD20924CF09A99BC161454E14 | 10-01-2020 22:12:08 | Blacked Raw | 11-18-2019 | 12-09-2019 | PA0002216261 |
| 28 | Info Hash: 4377D001F4E80BB56FC09EEC160D3E44683A7EAF<br>File Hash: DD98AF23D306256E0C8E4D4925F2A17C4E0FCBC11B5EAD6F2D4F1EC3754EE213 | 10-01-2020 22:11:52 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 29 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 10-01-2020 18:17:39 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 30 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 10-01-2020 18:14:15 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 31 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 10-01-2020 18:03:16 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |